IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KENNETH BONNER, et al. | ) |
| | ) |
| v. | ) NO. 3:04-0155 |
| | ) JUDGE CAMPBELL |
| CHARLES M. TRAUGHBER, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 73), dated February 1, 2006. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 73) is ADOPTED and APPROVED. Accordingly, Defendants' Motion for Summary Judgment (Docket No. 47) is GRANTED, and this action is DISMISSED. Any other pending Motions are DENIED as moot.

The pretrial conference set for February 24, 2006, and the jury trial set for February 28, 2006, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE